U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

JUL 0 2 2008

ROBERT H. SHE_____, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| **DONALD PAUL** | **CIVIL ACTION NO. 07-1619-P** |
| **VERSUS** | **JUDGE STAGG** |
| **CAPTAIN GREY, ET AL.** | **MAGISTRATE JUDGE HORNSBY** |

### ORDER

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, and noting the lack of written objections filed by Plaintiff and determining that the findings are correct under the applicable law;

**IT IS ORDERED** that Plaintiff's civil rights claims regarding the law library and property are **DISMISSED WITH PREJUDICE** as frivolous pursuant to 28 U.S.C. § 1915(e) and that defendants the Bossier Parish Sheriff Department, Sheriff Larry Dean and the Bossier Parish Police Jury are **DISMISSED WITH PREJUDICE** for failure to state a claim under 28 U.S.C. § 1915(e).

**THUS DONE AND SIGNED**, in chambers, in Shreveport, Louisiana, on this 2nd day of July 2008.

TOM STAGG
UNITED STATES DISTRICT JUDGE