

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| DONALD PAUL | CIVIL ACTION NO. 07-cv-1619 |
| VERSUS | JUDGE STAGG |
| CAPTAIN GREY, ET AL | MAGISTRATE JUDGE HORNSBY |

## J U D G M E N T

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the **Motion for Summary Judgment (Doc. 36)** filed by Captain Gray and Kendra Whaley is **granted** and all remaining claims in this case are **dismissed with prejudice.**

THUS DONE AND SIGNED at Shreveport, Louisiana, this the 8th day of July, 2009.

UNITED STATES DISTRICT JUDGE